# DEFENDANT STATUS SHEET
## (One for <u>each</u> defendant)

## I.   CASE STATUS

Name of Defendant:  CARLOS EDUARDO LOPEZ HERNANDEZ

Has defendant had initial appearance in this case?  ☑ Yes   ☐ No

  MJ       CR 18-05579 RBL

## II.   CUSTODIAL STATUS

If defendant had initial appearance, please check one of the following:

☐ Continue Conditions of Release

☑ Continue Detention

☐ Temporary Detention, a detention hearing has been scheduled for

## III.   ARRAIGNMENT

☐ Warrant to Issue (If so, please complete *Defendant Arrest Warrant Info Sheet*)

☐ Summons to be Issued for Appearance on

  Defendant's Address:

☑ Letter to Defense Counsel for Appearance on

  Defense Attorney's Name and address: Colin Fieman

The estimated trial time is   5   days.

(Revised March 2018)

# DEFENDANT STATUS SHEET
### (One for each defendant)

## I.   CASE STATUS

Name of Defendant:   DANIEL OSVALDO ROCHA LOPEZ

Has defendant had initial appearance in this case?   ☐ Yes   ☑ No

      MJ                    CR 18-05579  RBL

## II.   CUSTODIAL STATUS

If defendant had initial appearance, please check one of the following:

☐ Continue Conditions of Release

☐ Continue Detention

☐ Temporary Detention, a detention hearing has been scheduled for

## III.   ARRAIGNMENT

☑ Warrant to Issue (If so, please complete *Defendant Arrest Warrant Info Sheet*)

☐ Summons to be Issued for Appearance on

      Defendant's Address:

☐ Letter to Defense Counsel for Appearance on

      Defense Attorney's Name and address:

The estimated trial time is   5   days.

**(Revised March 2018)**

# DEFENDANT STATUS SHEET
## (One for each defendant)

## I.      CASE STATUS

Name of Defendant: JAIME HEREDIA CASTRO

Has defendant had initial appearance in this case?     ☑ Yes      ☐ No

MJ                        CR 18-05579 RBL

## II.      CUSTODIAL STATUS

If defendant had initial appearance, please check one of the following:

☐ Continue Conditions of Release

☑ Continue Detention

☐ Temporary Detention, a detention hearing has been scheduled for

## III.      ARRAIGNMENT

☐ Warrant to Issue (If so, please complete *Defendant Arrest Warrant Info Sheet*)

☐ Summons to be Issued for Appearance on

   Defendant's Address:

☑ Letter to Defense Counsel for Appearance on

   Defense Attorney's Name and address: Emma Scanlan

The estimated trial time is     5     days.

**(Revised March 2018)**

# DEFENDANT STATUS SHEET
## (One for each defendant)

## I.    CASE STATUS

Name of Defendant: JUAN AVILES BERRELLEZA

Has defendant had initial appearance in this case?   ☑ Yes   ☐ No

MJ                CR 18-05579 RBL

## II.    CUSTODIAL STATUS

If defendant had initial appearance, please check one of the following:

☐ Continue Conditions of Release

☑ Continue Detention

☐ Temporary Detention, a detention hearing has been scheduled for

## III.    ARRAIGNMENT

☐ Warrant to Issue (If so, please complete *Defendant Arrest Warrant Info Sheet*)

☐ Summons to be Issued for Appearance on

   Defendant's Address:

☑ Letter to Defense Counsel for Appearance on

   Defense Attorney's Name and address: Phil Brennan

The estimated trial time is   5   days.

(Revised March 2018)

# DEFENDANT STATUS SHEET
### (One for <u>each</u> defendant)

## I.    CASE STATUS

Name of Defendant:  EDGAR CABRERA

Has defendant had initial appearance in this case?    ☐ Yes    ☑ No

   MJ                      CR  18-05579 RBL

## II.    CUSTODIAL STATUS

If defendant had initial appearance, please check one of the following:

☐ Continue Conditions of Release

☐ Continue Detention

☐ Temporary Detention, a detention hearing has been scheduled for

## III.    ARRAIGNMENT

☑ Warrant to Issue (If so, please complete *Defendant Arrest Warrant Info Sheet*)

☐ Summons to be Issued for Appearance on

   Defendant's Address:

☐ Letter to Defense Counsel for Appearance on

   Defense Attorney's Name and address:

The estimated trial time is    5    days.

(Revised March 2018)

# DEFENDANT STATUS SHEET
(One for each defendant)

## I.    CASE STATUS

Name of Defendant: OTHON ALONSO VEA CERVANTES
(Formerly charged under the name "Carlos Alejandro Castro Perez")

Has defendant had initial appearance in this case?   ☑ Yes   ☐ No

MJ                    CR 18-05579 RBL

## II.    CUSTODIAL STATUS

If defendant had initial appearance, please check one of the following:

☐ Continue Conditions of Release

☑ Continue Detention

☐ Temporary Detention, a detention hearing has been scheduled for

## III.    ARRAIGNMENT

☐ Warrant to Issue (If so, please complete *Defendant Arrest Warrant Info Sheet*)

☐ Summons to be Issued for Appearance on

   Defendant's Address:

☑ Letter to Defense Counsel for Appearance on

   Defense Attorney's Name and address: Wayne Fricke

The estimated trial time is    5    days.

(Revised March 2018)

# DEFENDANT STATUS SHEET
### (One for each defendant)

## I.   CASE STATUS

Name of Defendant:   CESAR LOYA SOTO

Has defendant had initial appearance in this case?   ☐ Yes   ☑ No

MJ                         CR 18-05579 RBL

## II.   CUSTODIAL STATUS

If defendant had initial appearance, please check one of the following:

☐ Continue Conditions of Release

☐ Continue Detention

☐ Temporary Detention, a detention hearing has been scheduled for

## III.   ARRAIGNMENT

☑ Warrant to Issue (If so, please complete *Defendant Arrest Warrant Info Sheet*)

☐ Summons to be Issued for Appearance on

       Defendant's Address:

☐ Letter to Defense Counsel for Appearance on

       Defense Attorney's Name and address:

The estimated trial time is    5    days.

(Revised March 2018)

# DEFENDANT STATUS SHEET
### (One for each defendant)

## I.     CASE STATUS

Name of Defendant:   MANUEL LOYA SOTO

Has defendant had initial appearance in this case?      ☐ Yes      ☑ No

MJ                                CR 18-05579 RBL

## II.     CUSTODIAL STATUS

If defendant had initial appearance, please check one of the following:

☐ Continue Conditions of Release

☐ Continue Detention

☐ Temporary Detention, a detention hearing has been scheduled for

## III.     ARRAIGNMENT

☑ Warrant to Issue (If so, please complete *Defendant Arrest Warrant Info Sheet*)

☐ Summons to be Issued for Appearance on

     Defendant's Address:

☐ Letter to Defense Counsel for Appearance on

     Defense Attorney's Name and address:

The estimated trial time is      5      days.

(Revised March 2018)

# DEFENDANT STATUS SHEET

(One for <u>each</u> defendant)

## I.  CASE STATUS

Name of Defendant: JULIAN GAUGE ORDONEZ

Has defendant had initial appearance in this case?   ☐ Yes   ☑ No

MJ                          CR 18-05579 RBL

## II.  CUSTODIAL STATUS

If defendant had initial appearance, please check one of the following:

☐ Continue Conditions of Release

☐ Continue Detention

☐ Temporary Detention, a detention hearing has been scheduled for

## III.  ARRAIGNMENT

☑ Warrant to Issue (If so, please complete *Defendant Arrest Warrant Info Sheet*)

☐ Summons to be Issued for Appearance on

   Defendant's Address:

☐ Letter to Defense Counsel for Appearance on

   Defense Attorney's Name and address:

The estimated trial time is   5   days.

(Revised March 2018)

# DEFENDANT STATUS SHEET
## (One for each defendant)

## I.  CASE STATUS

Name of Defendant: JOSE LUIS SIERRA BARRIENTOS

Has defendant had initial appearance in this case?  ☑ Yes    ☐ No

MJ                    CR 18-05579 RBL

## II.  CUSTODIAL STATUS

If defendant had initial appearance, please check one of the following:

☐ Continue Conditions of Release

☑ Continue Detention

☐ Temporary Detention, a detention hearing has been scheduled for

## III.  ARRAIGNMENT

☐ Warrant to Issue (If so, please complete *Defendant Arrest Warrant Info Sheet*)

☐ Summons to be Issued for Appearance on

   Defendant's Address:

☑ Letter to Defense Counsel for Appearance on

   Defense Attorney's Name and address: Tim Lohraff

The estimated trial time is    5    days.

(Revised March 2018)

# DEFENDANT STATUS SHEET
(One for each defendant)

## I.   CASE STATUS

Name of Defendant: HECTOR MANUEL URIAS MORENO

Has defendant had initial appearance in this case?   ☑ Yes   ☐ No

MJ                    CR 18-05579 RBL

## II.   CUSTODIAL STATUS

If defendant had initial appearance, please check one of the following:

☐ Continue Conditions of Release

☑ Continue Detention

☐ Temporary Detention, a detention hearing has been scheduled for

## III.   ARRAIGNMENT

☐ Warrant to Issue (If so, please complete *Defendant Arrest Warrant Info Sheet*)

☐ Summons to be Issued for Appearance on

  Defendant's Address:

☑ Letter to Defense Counsel for Appearance on

  Defense Attorney's Name and address: Robert Flennaugh II

The estimated trial time is   5   days.

(Revised March 2018)

# DEFENDANT STATUS SHEET

(One for each defendant)

## I.    CASE STATUS

Name of Defendant: JORGE VALENZUELA ARMENTA

Has defendant had initial appearance in this case?    ☐ Yes    ☑ No

    MJ                                  CR 18-05579 RBL

## II.    CUSTODIAL STATUS

If defendant had initial appearance, please check one of the following:

☐ Continue Conditions of Release

☐ Continue Detention

☐ Temporary Detention, a detention hearing has been scheduled for

## III.    ARRAIGNMENT

☑ Warrant to Issue (If so, please complete *Defendant Arrest Warrant Info Sheet*)

☐ Summons to be Issued for Appearance on

    Defendant's Address:

☐ Letter to Defense Counsel for Appearance on

    Defense Attorney's Name and address:

The estimated trial time is    5    days.

(Revised March 2018)

# DEFENDANT STATUS SHEET
### (One for each defendant)

## I.      CASE STATUS

Name of Defendant:  URIEL ZELAYA

Has defendant had initial appearance in this case?   ☑ Yes   ☐ No

    MJ                          CR 18-05579 RBL

## II.     CUSTODIAL STATUS

If defendant had initial appearance, please check one of the following:

☐ Continue Conditions of Release

☑ Continue Detention

☐ Temporary Detention, a detention hearing has been scheduled for

## III.    ARRAIGNMENT

☐ Warrant to Issue (If so, please complete *Defendant Arrest Warrant Info Sheet*)

☐ Summons to be Issued for Appearance on

    Defendant's Address:

☑ Letter to Defense Counsel for Appearance on

    Defense Attorney's Name and address: Kevin Peck

The estimated trial time is     5     days.

(Revised March 2018)

# DEFENDANT STATUS SHEET
## (One for each defendant)

## I.     CASE STATUS

Name of Defendant: ARTURO FRIAS CEBALLOS

Has defendant had initial appearance in this case?     ☐ Yes     ☑ No

MJ                          CR 18-05579 RBL

## II.     CUSTODIAL STATUS

If defendant had initial appearance, please check one of the following:

☐ Continue Conditions of Release

☐ Continue Detention

☐ Temporary Detention, a detention hearing has been scheduled for

## III.     ARRAIGNMENT

☑ Warrant to Issue (If so, please complete *Defendant Arrest Warrant Info Sheet*)

☐ Summons to be Issued for Appearance on

   Defendant's Address:

☐ Letter to Defense Counsel for Appearance on

   Defense Attorney's Name and address:

The estimated trial time is   5   days.

(Revised March 2018)

# DEFENDANT STATUS SHEET
### (One for each defendant)

## I.   CASE STATUS

Name of Defendant: JUAN JOSE HIGUERA GONZALEZ

Has defendant had initial appearance in this case?   ☐ Yes   ☑ No

MJ                    CR 18-05579 RBL

## II.   CUSTODIAL STATUS

If defendant had initial appearance, please check one of the following:

☐ Continue Conditions of Release

☐ Continue Detention

☐ Temporary Detention, a detention hearing has been scheduled for

## III.   ARRAIGNMENT

☑ Warrant to Issue (If so, please complete *Defendant Arrest Warrant Info Sheet*)

☐ Summons to be Issued for Appearance on

   Defendant's Address:

☐ Letter to Defense Counsel for Appearance on

   Defense Attorney's Name and address:

The estimated trial time is    5    days.

**(Revised March 2018)**

# DEFENDANT STATUS SHEET
### (One for each defendant)

## I.    CASE STATUS

Name of Defendant:  JESUS RENE SARMIENTO VALENZUELA

Has defendant had initial appearance in this case?   ☑ Yes   ☐ No

MJ                           CR  18-05579 RBL

## II.    CUSTODIAL STATUS

If defendant had initial appearance, please check one of the following:

☐ Continue Conditions of Release

☑ Continue Detention

☐ Temporary Detention, a detention hearing has been scheduled for

## III.    ARRAIGNMENT

☐ Warrant to Issue (If so, please complete *Defendant Arrest Warrant Info Sheet*)

☐ Summons to be Issued for Appearance on

Defendant's Address:

☑ Letter to Defense Counsel for Appearance on

Defense Attorney's Name and address: Dave Hammerstad

The estimated trial time is    5    days.

(Revised March 2018)

# DEFENDANT STATUS SHEET
## (One for each defendant)

## I.    CASE STATUS

Name of Defendant: ALEK JAMES BAUMGARTNER

Has defendant had initial appearance in this case?    ☐ Yes   ☑ No

MJ                          CR 18-05579 RBL

## II.    CUSTODIAL STATUS

If defendant had initial appearance, please check one of the following:

☐ Continue Conditions of Release

☐ Continue Detention

☐ Temporary Detention, a detention hearing has been scheduled for

## III.    ARRAIGNMENT

☑ Warrant to Issue (If so, please complete *Defendant Arrest Warrant Info Sheet*)

☐ Summons to be Issued for Appearance on

   Defendant's Address:

☐ Letter to Defense Counsel for Appearance on

   Defense Attorney's Name and address:

The estimated trial time is    5    days.

(Revised March 2018)

# DEFENDANT STATUS SHEET
### (One for <u>each</u> defendant)

## I.   CASE STATUS

Name of Defendant: MONIQUE GREEN

Has defendant had initial appearance in this case?   ☑ Yes   ☐ No

MJ                              CR 18-05579 RBL

## II.   CUSTODIAL STATUS

If defendant had initial appearance, please check one of the following:

☑ Continue Conditions of Release

☐ Continue Detention

☐ Temporary Detention, a detention hearing has been scheduled for

## III.   ARRAIGNMENT

☐ Warrant to Issue (If so, please complete *Defendant Arrest Warrant Info Sheet*)

☐ Summons to be Issued for Appearance on

   Defendant's Address:

☑ Letter to Defense Counsel for Appearance on

   Defense Attorney's Name and address: Catherine Chaney

The estimated trial time is   5   days.

(Revised March 2018)

# DEFENDANT STATUS SHEET
(One for <u>each</u> defendant)

## I.    CASE STATUS

Name of Defendant:   ANDREW CAIN KRISTOVICH

Has defendant had initial appearance in this case?   ☑ Yes   ☐ No

MJ                              CR  18-05579 RBL

## II.    CUSTODIAL STATUS

If defendant had initial appearance, please check one of the following:

☐ Continue Conditions of Release

☑ Continue Detention

☐ Temporary Detention, a detention hearing has been scheduled for

## III.    ARRAIGNMENT

☐ Warrant to Issue (If so, please complete *Defendant Arrest Warrant Info Sheet*)

☐ Summons to be Issued for Appearance on

    Defendant's Address:

☑ Letter to Defense Counsel for Appearance on

    Defense Attorney's Name and address: Lee Edmond

The estimated trial time is    5    days.

(Revised March 2018)

# DEFENDANT STATUS SHEET

(One for <u>each</u> defendant)

## I.    CASE STATUS

Name of Defendant: JOSE RANGEL ORTEGA

Has defendant had initial appearance in this case?    ☐ Yes    ☑ No

MJ                            CR 18-05579 RBL

## II.    CUSTODIAL STATUS

If defendant had initial appearance, please check one of the following:

☐ Continue Conditions of Release

☐ Continue Detention

☐ Temporary Detention, a detention hearing has been scheduled for

## III.    ARRAIGNMENT

☑ Warrant to Issue (If so, please complete *Defendant Arrest Warrant Info Sheet*)

☐ Summons to be Issued for Appearance on

     Defendant's Address:

☐ Letter to Defense Counsel for Appearance on

     Defense Attorney's Name and address:

The estimated trial time is    5    days.

(Revised March 2018)

# DEFENDANT STATUS SHEET
### (One for each defendant)

## I.    CASE STATUS

Name of Defendant: GERALD KEITH RIGGINS

Has defendant had initial appearance in this case?   ☑ Yes   ☐ No

MJ                         CR 18-05579 RBL

## II.    CUSTODIAL STATUS

If defendant had initial appearance, please check one of the following:

☐ Continue Conditions of Release

☑ Continue Detention

☐ Temporary Detention, a detention hearing has been scheduled for

## III.    ARRAIGNMENT

☐ Warrant to Issue (If so, please complete *Defendant Arrest Warrant Info Sheet*)

☐ Summons to be Issued for Appearance on

   Defendant's Address:

☑ Letter to Defense Counsel for Appearance on

   Defense Attorney's Name and address: Jenn Kaplan

The estimated trial time is   5   days.

**(Revised March 2018)**

# DEFENDANT STATUS SHEET
### (One for each defendant)

## I.    CASE STATUS

Name of Defendant: Esther La Rena Scott

Has defendant had initial appearance in this case?   ☑ Yes   ☐ No

     MJ                  CR 18-05579 RBL

## II.    CUSTODIAL STATUS

If defendant had initial appearance, please check one of the following:

☑ Continue Conditions of Release

☐ Continue Detention

☐ Temporary Detention, a detention hearing has been scheduled for

## III.    ARRAIGNMENT

☐ Warrant to Issue (If so, please complete *Defendant Arrest Warrant Info Sheet*)

☐ Summons to be Issued for Appearance on

        Defendant's Address:

☑ Letter to Defense Counsel for Appearance on

        Defense Attorney's Name and address: Karen L. Unger

The estimated trial time is    5    days.

(Revised March 2018)

# DEFENDANT STATUS SHEET
(One for each defendant)

## I.     CASE STATUS

Name of Defendant:  MICHAEL JOHN SCOTT

Has defendant had initial appearance in this case?   ☑ Yes    ☐ No

MJ                         CR 18-05579 RBL

## II.     CUSTODIAL STATUS

If defendant had initial appearance, please check one of the following:

☑ Continue Conditions of Release

☐ Continue Detention

☐ Temporary Detention, a detention hearing has been scheduled for

## III.     ARRAIGNMENT

☐ Warrant to Issue (If so, please complete *Defendant Arrest Warrant Info Sheet*)

☐ Summons to be Issued for Appearance on

   Defendant's Address:

☑ Letter to Defense Counsel for Appearance on

   Defense Attorney's Name and address: Amy Muth

The estimated trial time is    5    days.

(Revised March 2018)

# DEFENDANT STATUS SHEET
### (One for each defendant)

## I.      CASE STATUS

Name of Defendant: KAREN SURYAN

Has defendant had initial appearance in this case?   ☑ Yes    ☐ No

MJ                          CR 18-05579 RBL

## II.     CUSTODIAL STATUS

If defendant had initial appearance, please check one of the following:

☐ Continue Conditions of Release

☐ Continue Detention

☑ Temporary Detention, a detention hearing has been scheduled for December 12, 2018 @ 1:30 pm

## III.    ARRAIGNMENT

☐ Warrant to Issue (If so, please complete *Defendant Arrest Warrant Info Sheet*)

☐ Summons to be Issued for Appearance on

   Defendant's Address:

☑ Letter to Defense Counsel for Appearance on

   Defense Attorney's Name and address: Jennifer Horowitz

The estimated trial time is    5    days.

(Revised March 2018)

# DEFENDANT STATUS SHEET
(One for each defendant)

## I.   CASE STATUS

Name of Defendant: ORLANDO BARAJAS

Has defendant had initial appearance in this case?   ☑ Yes   ☐ No

    MJ               CR 18-05579 RBL

## II.   CUSTODIAL STATUS

If defendant had initial appearance, please check one of the following:

☐ Continue Conditions of Release

☐ Continue Detention

☑ Temporary Detention, a detention hearing has been scheduled for December 12, 2012 @ 3:00 pm

## III.   ARRAIGNMENT

☐ Warrant to Issue (If so, please complete *Defendant Arrest Warrant Info Sheet*)

☐ Summons to be Issued for Appearance on

     Defendant's Address:

☑ Letter to Defense Counsel for Appearance on

     Defense Attorney's Name and address: Cooper Offenbecher

The estimated trial time is    5    days.

(Revised March 2018)

# DEFENDANT STATUS SHEET
(One for <u>each</u> defendant)

## I.   CASE STATUS

Name of Defendant:   OSCAR HUMBERTO CARRILLO SALCEDO

Has defendant had initial appearance in this case?   ☑ Yes   ☐ No

MJ                    CR  18-05579 RBL

## II.   CUSTODIAL STATUS

If defendant had initial appearance, please check one of the following:

☐ Continue Conditions of Release

☑ Continue Detention

☐ Temporary Detention, a detention hearing has been scheduled for

## III.   ARRAIGNMENT

☐ Warrant to Issue (If so, please complete *Defendant Arrest Warrant Info Sheet*)

☐ Summons to be Issued for Appearance on

   Defendant's Address:

☑ Letter to Defense Counsel for Appearance on

   Defense Attorney's Name and address: Chris Black

The estimated trial time is    5    days.

(Revised March 2018)

# DEFENDANT STATUS SHEET

(One for each defendant)

## I.   CASE STATUS

Name of Defendant:  MARTIN GONZALEZ JIMENEZ

Has defendant had initial appearance in this case?   ☐ Yes   ☑ No

MJ                         CR  18-05579 RBL

## II.   CUSTODIAL STATUS

If defendant had initial appearance, please check one of the following:

☐ Continue Conditions of Release

☐ Continue Detention

☐ Temporary Detention, a detention hearing has been scheduled for

## III.   ARRAIGNMENT

☑ Warrant to Issue (If so, please complete *Defendant Arrest Warrant Info Sheet*)

☐ Summons to be Issued for Appearance on

   Defendant's Address:

☐ Letter to Defense Counsel for Appearance on

   Defense Attorney's Name and address:

The estimated trial time is     5     days.

(Revised March 2018)

# DEFENDANT STATUS SHEET
### (One for each defendant)

## I.    CASE STATUS

Name of Defendant:   HECTOR MARIO JACOBO CHAIREZ

Has defendant had initial appearance in this case?        ☐ Yes        ☑ No

     MJ                          CR 18-05579 RBL

## II.    CUSTODIAL STATUS

If defendant had initial appearance, please check one of the following:

☐ Continue Conditions of Release

☐ Continue Detention

☐ Temporary Detention, a detention hearing has been scheduled for

## III.    ARRAIGNMENT

☑ Warrant to Issue (If so, please complete *Defendant Arrest Warrant Info Sheet*)

☐ Summons to be Issued for Appearance on

     Defendant's Address:

☐ Letter to Defense Counsel for Appearance on

     Defense Attorney's Name and address:

The estimated trial time is     5     days.

(Revised March 2018)

# DEFENDANT STATUS SHEET

(One for <u>each</u> defendant)

## I.   CASE STATUS

Name of Defendant: JESUS ALFONSO MORA QUINONEZ

Has defendant had initial appearance in this case?   ☐ Yes   ☑ No

      MJ                 CR  18-05579 RBL

## II.   CUSTODIAL STATUS

If defendant had initial appearance, please check one of the following:

☐ Continue Conditions of Release

☐ Continue Detention

☐ Temporary Detention, a detention hearing has been scheduled for

## III.   ARRAIGNMENT

☑ Warrant to Issue (If so, please complete *Defendant Arrest Warrant Info Sheet*)

☐ Summons to be Issued for Appearance on

       Defendant's Address:

☐ Letter to Defense Counsel for Appearance on

       Defense Attorney's Name and address:

The estimated trial time is    5    days.

(Revised March 2018)

# DEFENDANT STATUS SHEET
(One for <u>each</u> defendant)

## I.   CASE STATUS

Name of Defendant:  RAMON PUENTES

Has defendant had initial appearance in this case?  ☐ Yes   ☑ No

MJ                    CR  18-05579 RBL

## II.   CUSTODIAL STATUS

If defendant had initial appearance, please check one of the following:

☐ Continue Conditions of Release

☐ Continue Detention

☐ Temporary Detention, a detention hearing has been scheduled for

## III.   ARRAIGNMENT

☑ Warrant to Issue (If so, please complete *Defendant Arrest Warrant Info Sheet*)

☐ Summons to be Issued for Appearance on

   Defendant's Address:

☐ Letter to Defense Counsel for Appearance on

   Defense Attorney's Name and address:

The estimated trial time is   5   days.

(Revised March 2018)

# DEFENDANT STATUS SHEET
### (One for each defendant)

## I.   CASE STATUS

Name of Defendant: GREGORY DAVID WERBER

Has defendant had initial appearance in this case?   ☐ Yes   ☑ No

MJ                    CR  18-05579 RBL

## II.   CUSTODIAL STATUS

If defendant had initial appearance, please check one of the following:

☐ Continue Conditions of Release

☐ Continue Detention

☐ Temporary Detention, a detention hearing has been scheduled for

## III.   ARRAIGNMENT

☑ Warrant to Issue (If so, please complete *Defendant Arrest Warrant Info Sheet*)

☐ Summons to be Issued for Appearance on

   Defendant's Address:

☐ Letter to Defense Counsel for Appearance on

   Defense Attorney's Name and address:

The estimated trial time is    5    days.

(Revised March 2018)